May I please the court? Good morning. My name is Ashley Gray of Dudley-Topper & Fuzik, and I represent the appellant defendant in this matter, Mr. Oswin Mills. May I reserve three minutes for rebuttal? Yes. I will be arguing, first, that the district court erred by dismissing Mills' appeal based on the informality and insufficiency of his pro se notice of appeal, and, second, that the district court— You said pro se. Is it clear that it was a pro se notice of appeal? I thought that was contested. Yes, Your Honor, that was a contested fact by the government. It's Mr. Mills' assertion that, yes, it is very clear that it was a pro se notice of appeal. This was a factual finding by the district court, which should only be reviewed for clear error. Moreover, this is not—excuse me, the government did not contest the pro se nature of his notice of appeal on a cross appeal. I was going to say that the notice itself was or was not pro se, or that the notice itself was pro se, but he happened to be represented at the time he filed the notice on that basis. Your Honor, it's Mr. Mills' assertion that the notice itself is pro se. Mr. Mills was represented—he had a quarter point at counsel during his trial, and at some point during the trial he retained Mr. Steven Brush. There's nothing in the record to suggest exactly when Mr. Steven Brush was retained to take on the appeal. We know it was sometime in between the filing of Mr. Mills' pro se notice of appeal and sometime in September of 2002 when the clerk started writing letters to Mr. Brush requesting fees, transcript, purchase order, et cetera. He wasn't, in fact, suspended from the practice? That is correct. But he didn't have anyone to replace—that replaced Mr. Brush? Your Honor, to the best of my knowledge, no. Mr. Brush had his own law firm. I do know at one point he had two associate attorneys that worked for him. They—one, I know, which is on Island now works for another firm. The other one went to the Federal Public Defender's Office and now is California. I believe he had some money issues on that— Was Mr. Brush counsel at the time that the notice of appeal had to be filed, during the period that the notice of appeal had to be filed, for the murder conviction? Your Honor, I believe Mr. Brush was counsel. He did sit in, I believe, on the sentencing of Mr. Mills, but there's nothing— Mr. Brush did, as well as trial counsel. His name I can't remember right now. Yes, that would be Mr.—excuse me, Attorney Vincent Frazier. It really is a troublesome case because of the consequences of the jury's verdict, but I'm wondering if there's collateral avenue that Mr. Mills can pursue for ineffective assistance of counsel. Your Honor, that would be a good—that's a very good question. I mean, if he were to prevail on the ineffective assistance of counsel, he may get his conviction reviewed. That is correct, Your Honor. Is it correct that in examining a—under Rule 4C, whether or not there's been compliance here, we need to look both at the notice itself and surrounding circumstances. Would that be generally an accurate statement of the jurisprudence as far as you're concerned? Yes, Your Honor. As far as—excuse me, Judge Smith, yes. As far as I'm concerned, the notice of appeal needs to be looked at in terms of other circumstances that are surrounding it, whether there are other documents that have been filed around the same time as the notice of appeal, looking at the timeline. In this case, the notice of appeal was filed after the verdict was announced in his 2002 conviction, but before the sentencing, all of these— What's really at issue here is whether or not he's appealing the murder conviction, right? Since what the notice says is—and recites—is a caption to the previous assault case. So that's really what's at stake. So how did the notice and how did the surrounding circumstances indicate here that what Mr. Mills was appealing was the murder conviction and not the assault conviction? Yes. The assault conviction, this was a 1999 charge, and he was found guilty of the assault conviction in 2002. He was sentenced to 30 days on the assault conviction. By the time he files what I consider the notice of appeal in his 2002 murder conviction for his 2000 charge, he had already served his sentence for the assault conviction. The assault conviction, he had a trial. He had served his 30 days. That matter was over and done with. You're laying out the history of this notice of appeal, but what was contained in the notice of appeal that would have alerted the government that what is being appealed is the murder conviction? The notice of appeal had the correct case caption. It had the correct parties listed. It admittedly did not— The caption was the same as the assault, wasn't it? Yes. It was the people of the Virgin Islands, the government of the Virgin Islands versus Oswald Mills. So what was unique about this notice of appeal that would have alerted the government that this is an appeal of the murder conviction as opposed to the assault? I think the most unique thing, Your Honor, that would alert the government that this notice of appeal was appealing the murder conviction was the time that it was filed. It was filed immediately. Again, you're really just laying out the chronology. What is contained in the notice of appeal itself? It is a handwritten notice of appeal. It states that Mr. Mills incorrectly cites the court that he is appealing to. He incorrectly cites other federal statutes that are not applicable to his case in the notice of appeal. So how would the government know what is being appealed? The government could easily infer—it's Mr. Mills' position. I know you're setting out the chronology, but based on the timeline, this notice of appeal was filed directly after he was found guilty in the murder conviction, but before the sentencing. Is it fair to say that there isn't really anything on the face of the notice itself that would suggest what is being appealed is the murder conviction, except the names of the two parties? I think you pointed that out, right? Which would distinguish this case from Kerloch, where not even the proper name of the defendant was set out. So with that being the case, isn't it also true that we are then limited, at least on this record, to a universe of only two cases that it could be? It's either a previous assault case or the murder case. That is sure correct, Your Honor. Looking at the notice of appeal— What did the Territorial Court do once it got the notice? The Territorial Court didn't have any trouble figuring it out. Exactly. Correct. The Territorial Court forwarded the record, forwarded the notice of appeal to the Appellate Division of the District Court. What was the docket entry that was entered on the District Court's docket? It was entered as, I believe, case number 2002-157. Was it a correct date of conviction? Oh, excuse me, that was the District Court docket number. But at all times, it referenced the F-47-2000, which was the case number for his murder case. And it had the correct appeal DD, which I assume dated 3-19-02, and judgment DD 6-28-02, information sheet for purpose of appeal, then the Territorial Court docket number, and the date it was entered. But anybody reading that docket entry would know exactly what he was appealing. That is correct, Judge McKee. Anyone looking at this docket entry would know that Mr. Mills was intending to appeal his murder conviction. The Superior Court knew this, the then Territorial Court, now the Superior Court knew this, the District Court knew this, the District Court even sent out letters beginning in September of 2002 in which the government of the Virgin Islands was copied with the case number, the F-47-2000, the murder conviction case number on these letters. There was a transcript purchase order that was filed with this case number. Several things were done before the government filed its motion to dismiss, claiming that it was not unaware of what case Mr. Mills— The bigger problem may be the filing of the brief, which was about five months late. The filing of the brief by Mr. Brush, yes, was late. The Rule 3C lays out the requirements for a notice of appeal. And in Torres v. Oakland, Scavenger, the Supreme Court, held that Rule 3C is jurisdictional. It's a jurisdictional rule which is not subject to waiver for any good cause. So we would write an opinion based on your argument. How would we write an opinion without suggesting that, you know, Here I would urge— I mean, it seems to render the requirements of Rule 3C meaningless. Yes. I would urge the Court to focus on some of its past opinions, for instance, in Trevino v. Barton and Hindes v. FDIC, and also possibly that it could merge its opinion with that of the Supreme Court's opinion in Smith v. Berry, where the Supreme Court held that if an action was functionally equivalent to a notice of appeal, it could be held that Mills had complied with the rules regarding a notice of appeal. That sounds like a good cause. Yes. And additionally, I know Judge Smith, I believe, brought up Kerlock previously. And just to note that on its face, this case, Mr. Mills and this appeal, is distinguishable from Kerlock, whereas in Kerlock, the notice of appeal had the wrong appellant's name here. That's not the case in Kerlock. The notice of appeal was actually filed by an attorney. In Mr. Mills' situation, it was filed by himself, per se. Well, it did it the wrong way. Technically, it wasn't even filed in Kerlock because it was filed by an attorney that wasn't permitted. Correct, Your Honor. Here, also, I think it's—excuse me one moment. I would just urge this Court to consider the notice of appeal with— and prove that Mr. Mills should be afforded an opportunity to appeal this matter. A technical defect should not be fatal to his notice of appeal. It can be easily inferred which case Mr. Mills was appealing. The Territorial Court was able to make this inference and put the timeline together. The District Court was able to make this inference. The government and the Virgin Islands also should have been able to make this inference. Your basic position is that regardless of the contents of the notice of appeal, the government should have had no problem figuring out what case was being appealed. It was either one of two cases. Your Honor, my time has expired. May I answer? Please. Yes, exactly. Mr. Mills only had, that we know of, two cases with the Virgin Islands, the assault case and the murder conviction. The caption of the case was incorrect— excuse me, the caption of the case in this matter, the names were incorrect. Yes, there was an incorrect case number. But looking at the timeline and knowing that there were only one of two cases, one for which he had already served his sentence for, the government should have been on notice that he was appealing his murder conviction. Good morning, and may it please the Court. Good morning again. Matthew Phelan, Assistant Attorney General on behalf of the people. At the point of time that this case was actually filed under the VI statutes, it was government of the Virgin Islands. Now the law has been amended and it's the people of the Virgin Islands, so I may use that interchangeably. One amounts to the other. It's nice to think that the government represents the people. Yes. Let me ask this. The docket entry that's there is so clear. Did the government not read the docket entry, or did the government read the docket entry and ignore the contents of it? Well, the government did not get any docket entries until we received the appendix. So we don't contest that there was notice given by the clerk that Oswald Mills is appealing. The fact of the matter is once the appendix was— What's the form of that notice? Parties are given notice that an appeal has been filed in the above-mentioned case. Does the letter get sent out, or is it emailed? How do you get notice of that? I think that would have been paper, but this was an ECF case. We were electronically filing also. So then however you got the notice, assuming it's paper, would it inform you that he filed a notice of appeal on a particular case? You wouldn't then go check the docket entry for the appeal that had been filed? Normally the practice in our office, Your Honor, is that once the brief comes in, we make sure that the certified docket sheet is in there that has been transcribed and sent over. If it isn't in the appendix, then we get it at that time. If you're saying you don't read the docket entry, then why isn't this— there's no estoppel against the government. But it seems like if the government is going to take it upon itself to get notice an appeal has been filed and not look to the docket to see what exactly is being appealed, then why should the weight of that or the onerous of that fall on the defendant, the unschooled, post-save defendant, if he makes a mistake, and you told me he made several mistakes here, in the notice of appeal itself. But the docket entry accompanying that clearly put the government on notice as to exactly what he was appealing. Now you're saying he didn't bother, not you personally, but your office, didn't bother to look at the docket entry until sometime later. But whenever that sometime later was— and it must have been when he received a copy of the briefing schedule that was sent out, I think in January or February, you got copies of the letter that was sent to Mills about his briefing schedule. And at that point, I would hope that you would look at the docket entry. At some point, you had to look at the docket entry. I honestly don't recall, Your Honor. Mr.— I'm sorry, you want to finish? Go ahead. Were you finished with your answer? Well, the only thing I would say is that— so we were proceeding based on notification that there is an appeal with the understanding that there was a valid appeal. So when the appendix comes in and we see what the actual document is, I review that. I say, we don't have— at that time, we were always using the ruling of mandatory and jurisdictional, 10 days. If you don't have that, then you're— Okay, but if you're proceeding on the basis that there's a valid appeal, you had to have been proceeding on the basis that he was appealing the murder conviction. You couldn't possibly have assumed he was appealing the earlier conviction. You just said you were proceeding on the basis there was a valid appeal. So how in the world could you have been misled by the notice of appeal? Because at that point in time, I saw it, oh, he's not appealing this case. Were you—I mean, maybe I'm missing something in the government's brief, including the other submission that came in response to the court's inquiry. But I don't know that I've seen anything suggesting that the government was, in fact, misled here as to what was being appealed. Are you arguing that? Was a case file opened? Yes. Was the case transferred— You knew that. I understand. —to Solicitor General's section? Yes. We all know what the notice said and what it didn't say. I assume that you would agree that the jurisprudence from the Supreme Court in this area has been to really achieve a formalistic approach in favor of a more contextualized approach, which therefore permits you to look at much more than simply the notice, to look at the docket entry, as Chief Judge McKee has just inquired to, and to examine other circumstances as well. And I haven't heard the government affirmatively say—and maybe this is just my oversight— we were misled as to what was being appealed. We thought he was appealing the assault conviction. We didn't know he was appealing the murder conviction. And on this record, that has to be what you thought because we know that there are only two possibilities out there, right? Well, as even defense counsel just stated, as far as we know, there's only two. And at the time that I received that, that's when I said, hold on, he's not even appealing this case. He's appealing this other case. He had Attorney Frazier representing him. He had Attorney Brush representing him. There was that overlap at the sentencing when Judge Swan, after the sentencing, then made the substitution of counsel. So if I understand your argument, then, I take what you have just said against language from one of the numerous cases we've all looked at, Becker v. Montgomery, which says that imperfections in noticing an appeal should not be fatal where no genuine doubt exists about who is appealing from what judgment to which appellate court. You are indicating that there was genuine doubt here on the part of the government as to what judgment was being appealed. Is that your argument? Well, I'm speaking for myself as the attorney who had the appeal. You're representative of the government, yes, sir. And yes, I did not know which appeal he was appealing or what he was appealing. Why not look at the docket entry? If that's the case, why not look at the docket entry? Look at how the notice of appeal was docketed. Rather than just sitting back and saying, geez, I don't know which one he's appealing, maybe he's appealing the assault conviction for which he's already served 30 days and that's out of prison over a year ago. Maybe he's appealing that 30-day sentence for assault. Maybe he's appealing his more recent conviction for first-degree murder, which makes sense. Maybe I should look at the docket entry and see how the notice of appeal is done. Why wouldn't you do that? But the thing is, I didn't even know that there was 525 out there. I didn't even know there was an assault. I just get this and I say, I have another handwritten— Well, if you didn't know there was an assault, whoa. No, so what we're saying is that that's why there was the amended motion to dismiss. We did the whole research and said, this is what he's doing. Now it makes sense. Do we have to consider the requirements of Rule 3C liberally when a pro se litigant is involved? To some extent, it is a lesser standard. The problem is that when you have two attorneys representing him and— Could you not have contacted one of those two attorneys to ascertain what case is being appealed, in addition to the information in a docket sheet? I mean, don't lawyers talk to each other and try to figure out what case is, in fact, being presented or appealed? In Rule 24 for the appendix, it's the rare occasion that I am contacted to get input on what will be in the appendix. Not the case here. I go back to the question, a question I asked Ms. Gray, and that is, what do we mean by pro se status? You agree what is, I think irrefutably, the proposition that we look in a more forgiving way at a notice filed on a pro se basis. Are we looking at the notice being applied on a pro se basis, or are we looking at the nature of representation at the time? That is, he may have filed it himself, but he was represented. I would think that it's the former and not the latter, but I'm confused now by the responses that I've heard to that question. Well, yes. No question the notice itself was filed pro se. All you have to do is look at it. Yes. You know that, right? Yes. Although it's not signed, but we know that it was Mr. Mills. And we also know that even an unsigned notice is not a fatal notice. We know that from the Supreme Court. Well, that's a good point, Your Honor, because in and of itself, that's not a fatal point. You haven't argued that, by the way. I mean, the unsigned nature was not an issue you've argued in your brief, is it? I think in my footnote or Judge Gomez's decision, I think he said that. Yeah, but I didn't understand the government to be raising that issue. Maybe I'm wrong. Okay. But what I would say is that mentioning the wrong court, that's not a fatal flaw. We all know that it's going to district court and then coming here. Not signing it, not a fatal flaw. But the problem is we then have wrong docket number, wrong date, alluding to U.S. Code provisions. The government was never served. So that's, again, why as soon as I got the file and got notice. Have you alleged or do you allege that the government is prejudiced as a result of Mills's defective notice?  I had cited in my brief for standards of review the lack of any prejudice is not a defense to the application of Rules 3C, citing to the Seventh Circuit case. Therefore, harmless error analysis does not apply to defects in the notice of appeal because the very nature of a jurisdictional requirement said a litigant's failure to clear a jurisdictional hurdle can never be harmless or weighed by the court. Although I don't think this court has said it, aren't there circuits that have said that unless the opposing party is prejudiced, a notice is not going to be deemed sufficient even though it lists the wrong case number? So to go back to Judge Prentice's question, how were you prejudiced here? Especially given the docket entry, the letter that went to the defendant with a copy to you, and your own statement earlier that you didn't even know that there was an assault case out there. How in the world could you have been prejudiced, being misled into thinking this may have been an appeal of a case that you didn't even know existed? That is the case, Your Honor. We don't even know what is being appealed. You only know about one case at the time the notice of appeal is filed. If there's only one case that you know about when a notice of appeal is filed, take a wild guess about what that notice of appeal refers to. Wouldn't it be the one case you know about since no other case exists as far as you know? Just take a guess. You're sitting there in your office. You only know about one case. Notice of appeal comes in from the defendant in the only case you know about against him appealing a case. What are you going to assume? He must be appealing the only case I know about. What else could he be appealing? That was not my assumption. That's why I immediately, with my notice of appeal, filed the motion to dismiss. When you say immediately, you said you did not even know about the assault case. Now you're saying it wasn't your assumption that he was appealing the only case you knew about. You said a few minutes ago, I didn't even know there was an assault case out there. And that's true? You didn't even know there was an assault case out there? That's correct, Your Honor. All right. Thank you very much. May it please the Court? Just to start off with, even though it's not part of my argument as Judge Smith raised, the government did not bring up in its brief the fact that Mr. Mill's notice of appeal did not have a signature on it. Here, and again, just interpreting after hearing the government's arguments, their claims as to what they knew and when they knew what they knew, it seems very—Mr. Mill's would insert that according to the Becker v. Montgomery case that the Supreme Court held, the imperfections in Mr. Mill's notice of appeal should not be fatal to his notice of appeal. Here, the government has stated it only knew of one case, the murder conviction. If a notice of appeal is filed when you only know of one case that's pending, as Judge McKee stated, what else could this notice of appeal have been relating to? The government states it didn't know there was an assault case. If the government didn't know there was an assault case, again, what else could the notice of appeal have been relating to? And therefore, the notice of appeal was sufficient to put the government on notice that Mr. Mill's was, in fact, appealing his murder conviction. And the government was not prejudiced. If they only thought there was a murder case out there, the government could not have been prejudiced to say, oh, maybe it's another case. They only knew of one case, and that was the case, in fact, that Mr. Mill's wanted to appeal. The government says that they didn't see any docket entries until they got the appendix from the appellant, or Mr. Mill's then-attorney. However, there was a letter sent on September the 17th of 2002 in which the government was copied in which the district court was asking Mr. Mill's then-attorney, Attorney Brush, for specific things, fees, a transcript purchase order. There was a transcript purchase order in October of 2002. Both of these items clearly had the F47-2000 case number on them, which is the case number for Mr. Mill's murder case. There was a briefing schedule issued in April of 2003, which clearly stated, again, the F47-2000 case number, Mr. Mill's murder case. At any time, the government could have obtained the docket entries in this case. The government could have gone to the district court and made copies. The docket entries were not being hidden. They were not under a lock and key. At any time, the government had sufficient notice that Mr. Mill's had filed a notice of appeal in his murder case, and the government could have obtained the docket entries. I guess the government has answered my last point that I was going to make, was that if the government thought that this notice of appeal was possibly for an assault case, why did it wait until 2004 to file a motion to dismiss? But as the government just stated, this was not the case, as the government always thought that Mr. Mill's notice of appeal was only appealing the one case that it knew of, which was his murder case. For these reasons, Your Honor, Mr. Mill's respectfully requests that this court remand this matter to the district court with instructions for the appeal to proceed on its merits. Thank you. Thank you, counsel, for your helpful argument. Take the matter into advisement. Chief Justice, if I may just say one statement, would that be allowed? Well, do it in the 28-J, because that way she can respond to it, and we'll do a tit-for-tat, and we'll be here all day. I wouldn't mind being at least on the island all day. I don't want to be in court all day. But send a 28-J letter, and that way Ms. Gray can take a look at it and respond as she wants to. Just send it to us by way of the clerk and send a copy to Ms. Gray with the correct docket number on it. Is it merits-related? I'm sure it isn't. Is it merits-related? Is it merits-related? No. Well, it just has to do with myself as a representative of the government. I just want to make it clear for that. Well, why don't you just send a letter. Send a letter. Okay, thanks. Thank you.